**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Patrick P. Kelly, et al.,

      Plaintiffs,         Civil 05-2134 (PAM/JSM)

v.                   **AMENDED**
                 **ORDER OF DISMISSAL**

Ameriquest Mortgage Company,

      Defendant.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court

reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action,

for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: January   18  , 2006

             s/Paul A. Magnuson
             Paul A. Magnuson
             United States District Court Judge